**CHAPTER 13 PLAN SUMMARY**

**DEBTOR:** Tina Gilliland  
**SSN:** xxx-xx-9994

**CASE NO:** 14-03831-TBB

**NET MONTHLY EARNINGS:** $ 600.00  
**NUMBER OF DEPENDENTS:** 0

I. **Plan Payments:**
Debtor(s) proposes to pay direct a total of $600.00 monthly into the plan

Length of plan is approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately $36,000

II. From the payments received, the Trustee shall make disbursements as follows:

    A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

**The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:**

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| n/a | | | |

    B. Total **ATTORNEY FEE $ 3000** ; $700.00 paid pre-petition; $1100.00 to be paid at confirmation and then $50.00 per month until paid.

    C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

        1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid ☐ by Trustee ☒ by Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo | $212,216 | $2068 | 11/2014 | $19,500 | through 10/2014 | 7.35% | $430 to begin at conf |

        2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Title Max | n/a-title loan;non purchase money lien | $3863 | $4400 | n/a | 2001 Nissan Pathfinder | 5.25% | $83 | at conf |

III. Other Debts not shown in 1. Or 2. Above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| N/A | | | | |

IV. **Special Provisions:**
    ☒ This is an original plan.
    ☐ This is an amended plan replacing plan dated _____.
    ☒ This plan proposes to pay unsecured creditors **"POT" Plan** (See *Other Provisions Below
    ☐ Debtor rejects lease and/or executory contract with ____.
    ☒ Other provisions:
        *Filed and allowed unsecured claims shall be paid through the distribution of the Debtor's Chapter 13 plan *pro rata* in a "POT" plan. The total amount of the "POT" available to unsecured creditors is $4268 .
        **Debtor (i) will pay all pre- and post-petition utility service charges to Alagasco, AT&T and Charter Communication in lieu of posting a deposit under 11 U.S.C. §366 and (ii) acknowledges that 11 U.S.C.§362 will not prohibit collection of these debts by the above utility companies.

/s/Tina Gilliland                                 Dated: October 1, 2014
Tina Gilliland, Debtor

**ATTORNEY FOR DEBTOR:** Gina H. McDonald & Associates, LLC, 2057 Valleydale Rd, Ste 202, B'ham, AL 35244; 205-982-3325